## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **BRANDEN A. WALDOW**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16 C 2632 |
| | ) | |
| **ILLINOIS CENTRAL RAILROAD** | ) | |
| **COMPANY** formally d/b/a **CANADIAN** | ) | |
| **NATIONAL/ILLINOIS CENTRAL** | ) | |
| **RAILROAD COMPANY**, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

Although the response (Dkt. No. 14) by plaintiff Branden Waldow ("Waldow") to the motion (Dkt. No. 10) by defendant Illinois Central Railroad Company to dismiss Count I in this action for the asserted lack of subject matter jurisdiction was filed on May 24, 2016, Waldow's counsel has ignored the explicit directive of this District Court's LR 5.2(f) that requires the delivery of a paper copy of a filed document for the assigned judge's use within one business day after filing.[1] To underscore the importance of that requirement to the case management procedures followed by this Court, the first paragraph in its website repeats the requirement,

---

[1] In an effort to monitor compliance with that requirement (which has regrettably not always been adhered to by lawyers), both this Court's judicial assistant and its courtroom deputy maintain lists of all deliveries by counsel to this Court's chambers. Although that recordkeeping is intended to be error-free, if counsel here were to establish that what is said in this memorandum order is in error, the sanction called for by this memorandum order will of course be rescinded.

adding that a delivery to this Court's chambers on the date of filing, if possible, would be appreciated (although such earlier delivery is not essential).

In this instance counsel's noncompliance is particularly troubling, because this Court had earlier established a June 3 status hearing date as well as having given Waldow a full three weeks to respond to the dismissal motion. Accordingly this Court hereby orders:

1. that the missing copy of the response be delivered to this Court's chambers forthwith (in all events not later than June 1) and

2. that such delivery be accompanied by a check for $100 payable to the "Clerk of the District Court" by reason of the LR 5.2(f) violation, a requirement foreshadowed by the opening provision in this Court's website.

                                                            Milton I. Shadur
                                                            Senior United States District Judge

Date: May 27, 2016