# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| BRADEN WALDOW, | ) | |
| | ) | |
| Plaintiff, | ) | No. 16 CV 02632 |
| v. | ) | Judge John J. Tharp, Jr. |
| | ) | |
| ILLINOIS CENTRAL RAILROAD COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

This action having been decided on a motion for summary judgment by Judge John J. Tharp, Jr., it is hereby ORDERED:

Judgment is hereby entered in favor of defendant Illinois Central Railroad Company and against plaintiff Braden Waldow. Defendant shall recover costs from plaintiff.

Dated: April 12, 2019

John J. Tharp, Jr.
United States District Judge